**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) |
| Plaintiff, | ) Civil Action No: 9:20-cv-80073-KAM ) |
| v. | ) ) |
| EMEDPRACTICE LLC, a Florida limited liability company, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The parties, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action as follows:

The parties stipulate to the dismissal of all of Plaintiff's claims in this action, with prejudice, each Party agreeing to bear its own costs and attorneys' fees. Rule 23(e) does not apply to this voluntary dismissal because no class was certified. Putative Class claims are dismissed without prejudice.

| SANDUSKY WELLNESS CENTER, LLC | EMEDPRACTICE LLC |
|---|---|
| By: /s/ Ryan M. Kelly<br>Ryan M. Kelly – FL Bar No. 90110<br>Anderson + Wanca<br>3701 Algonquin Rd., Suite 500<br>Rolling Meadows, IL 60008<br>Tel: 847-368-1500<br>Email: rkelly@andersonwanca.com | By: Ian M. Ross<br>Ian M. Ross – FL Bar No. 091214<br>Stumphauzer, Foslid, Sloman, Ross & Kolaya, PLLC<br>Two South Biscayne Blvd, Suite 1600<br>Miami, FL 33131<br>Tel: 305-614-1400<br>Email: iross@sfslaw.com |

## **CERTIFICATE OF SERVICE**

I, Ryan M. Kelly, an attorney, hereby certify that on May 4, 2020, I electronically filed the foregoing **Joint Stipulation to Dismiss with Prejudice** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ryan M. Kelly