UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80073-CIV-MARRA/MATTHEWMAN

SANDUSKY WELLNESS CENTER, LLC,
an Ohio limited liability company, individually
and as the representative of a class of similarly-
situated persons,

        Plaintiff,

vs.

EMEDPRACTICE LLC, a Florida limited
liability company,

        Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal with Prejudice [DE 11].  This type of dismissal is self-executing.  Upon the filing of such a dismissal, the Court is divested of jurisdiction.  *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**.  The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of May, 2020.

KENNETH A. MARRA
United States District Judge

cc:  All counsel